(December 30, 1976)

■ PARK SWIFT PARKING COMPANY et al., Appellants, v PANFIL PARKING CORP. et al., Respondents.—Order, Supreme Court, New York County, entered on September 23, 1976, unanimously affirmed for the reasons stated by Gomez, J., at Special Term, and that the respondents recover of the appellants $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Murphy, Birns and Nunez, JJ.

■ LEON E. WEIN, Appellant, v ABRAHAM D. BEAME et al., Respondents. —Judgment, Supreme Court, New York County, entered on September 13, 1976, unanimously affirmed on the opinion of Asch, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Murphy, Birns and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD RUEBEN, Appellant.—Judgment of conviction after jury trial, Supreme Court, Bronx County, rendered February 25, 1974, unanimously modified in the interest of justice and the exercise of discretion, to reduce defendant-appellant's sentence from 5 to 15 years on the rape count to 3 to 12 years, and otherwise affirmed. Nothing of merit is present on appeal, and no trial error occurred which affected the outcome. The issue presented for the jury's consideration was merely one of credibility and, though neither complainant nor defendant-appellant appears a model of propriety, there was sufficient room for the jury to decide as it did, particularly in consideration of the corroborative evidence. However, we agree with the Trial Justice's belated realization (CPL 430.10) that the sentence was too severe, and, without objection by the prosecutor, we accomplish in this regard what the trial court was barred from doing. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lane, JJ.